UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia,<br><br>    Plaintiff,<br><br>  v.<br><br>Hera Alikian, et al.,<br><br>    Defendants. | **Case: 4:21-cv-07287-HSG**<br><br>[ORDER] TO EXTEND DATE FOR FILING DOCUMENTS TO DISMISS THE ACTION |

    Plaintiff Orlando Garcia ("Plaintiff") and Defendant Hera Alikian ("Defendant") hereby stipulate to extend the deadline to file Documents to Dismiss the Action to February 28, 2022.

    IT IS SO ORDERED.

Dated: 2/14/2022

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United State District Judge